**No. 10-8844. Jesus Perdoma, Petitioner v. United States.**

563 U.S. 992, 131 S. Ct. 2446, 179 L. Ed. 2d 1216, 2011 U.S. LEXIS 3743.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 621 F.3d 745.